UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOSEPH E. EHLE; and ROSE EHLE,

                              Plaintiff,

vs                                              1:05-CV-189

UNITED STATES OF AMERICA,

                              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                  OF COUNSEL:

JOSEPH E. EHLE
ROSE EHLE
Plaintiffs, Pro Se
34 Grandview Lane
Warrensburg, NY 12885

HON. GLENN T. SUDDABY                DIANE CAGINO, ESQ.
United States Attorney                     Assistant U.S. Attorney
Attorney for Government
Northern District of New York
218 James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207-2924

DAVID N. HURD
United States District Judge

# **O R D E R**

       The defendant has brought this motion for summary judgment pursuant to Fed. R. Civ. P. 56(c). There was no opposition filed with regard to the motion.

       Therefore, it is

       ORDERED that the defendant's motion for summary judgment is GRANTED.

       The Clerk is directed to file judgment accordingly, and close the file.

     IT IS SO ORDERED.

Dated:  August 24, 2007
         Utica, New York.

                                    United States District Judge