# United States District Court
## Northern District of New York

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: 1:05-CV-0189 (DNH)(RFT)

**JOSEPH E. EHLE; and ROSE EHLE**

- v -

**UNITED STATES OF AMERICA**

[ ]  Jury verdict.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[xx]  Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the defendant's unopposed motion for summary judgment is GRANTED, in accordance with the Order of the Honorable David N. Hurd, United States District Judge, filed August 24, 2007.

August 24, 2007
DATE

*(signature)*
Clerk of Court

C. Mergenthaler
(BY)  DEPUTY CLERK

Entered and served on August 24, 2007